**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:21-cr-00109-JCM-VCF |
| v. | **ORDER** |
| RONALD IRVING VAILS, | |
| Defendant. | |

Before the Court is Defendant's motion for copies (ECF No. 46).

The Federal Public Defender was appointed as counsel of record for Vails on April 19, 2021. (ECF No. 7). Vails filed the instant motion on his own behalf. (ECF No. 46).

Pursuant to Local Rule IA 11-6(a), "[a] party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." Defendant may not file motions on his own behalf. *See* Local Rule IA 11-6(a).

Accordingly,

The Clerk of Court is directed to STRIKE the Defendant's motion for copies (ECF No. 46) from the docket.

IT IS SO ORDERED.

DATED this 18th day of April 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE