Prob12B
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

**REQUEST FOR MODIFICATION**
**TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**June 26, 2023**

Name of Offender: **Ronald Irving Vails**

Case Number: **2:21CR00109**

Name of Sentencing Judicial Officer: **Honorable Gloria M. Navarro**

Date of Original Sentence: **November 24, 2021**

Original Offense: **Felon in Possession of a Firearm**

Original Sentence: **30 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **June 9, 2023**

Name of Assigned Judicial Officer: **Honorable Gloria M. Navarro**

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

1. **Mental Health Treatment** – You must participate in a mental health treatment program [Outpatient] and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

## CAUSE

By way of case history, Vails was sentenced to 30 months custody followed by three (3) years supervised release for committing the offense of Felon in Possession of a Firearm. On June 9, 2023, Vails commenced supervision.

On June 23, 2023, the undersigned officer met with Vails at his residence. During the meeting, Vails expressed concerns about being institutionalized and struggling to adjust back into society and requested assistance. The undersigned officer informed Vails of the resources available to him and proposed a modification to his supervised release conditions for mental health treatment.

RE: Ronald Irving Vails

Prob12B
D/NV Form
Rev. June 2014

Vails is agreeable to the modification as witnessed by his signature on the attached Probation Form 49. Placement in this treatment will provide Vails an opportunity for individual and/or group counseling to aide in his transition back into the community.

As such, it is respectfully recommended his conditions be modified as noted above. Should the Court have any questions or concerns surrounding this request, please contact the undersigned officer at (702) 527-7258.

Respectfully submitted,

Digitally signed by Matthew Martinez
Date: 2023.06.27 15:25:47 -07'00'

Matthew S. Martinez
United States Probation Officer

Approved:

Digitally signed by Brian Blevin
Date: 2023.06.27 14:53:46 -07'00'

Brian Blevins
Supervisory United States Probation Officer

---

### THE COURT ORDERS

☐ No Action.

☐ The extension of supervision as noted above.

☒ The modification of conditions as noted above

☐ Other (please include Judicial Officer instructions below):

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

_____
Signature of Judicial Officer

June 27, 2023
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

### District of Nevada

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended.  By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel.  I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Mental Health Treatment** – You must participate in a mental health treatment program [Outpatient] and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

Witness _____  Signed _____
         U.S. Probation Officer                          Probationer or Supervised Releasee

6-23-22
_____
Date